140

BUHREN, APPELLANT, v. RICE, STATE OF OHIO BUREAU OF MOTOR VEHICLES, APPELLEE.

[Cite as Buhren v. Rice (1971), 26 Ohio St. 2d 140.]

(No. 70-216—Decided May 12, 1971.)

*Mr. Marshall R. Desmond,* for appellant.

*Mr. Harry Friberg,* prosecuting attorney, and *Mr. Charles J. Doneghy,* for appellee.

*Per Curiam.* The judgment of the Court of Appeals is affirmed on authority of, and for the reasons stated in, *Hoban* v. *Rice* (1971), 25 Ohio St. 2d 111.

*Judgment affirmed.*

O'NEILL, C. J., SCHNEIDER, HERBERT, DUNCAN, CORRIGAN, STERN and LEACH, JJ., concur.